Opinion issued April 2, 2009












 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-000691-CR

____________


RUBEN LOPEZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 185th District Court 

Harris County, Texas

Trial Court Cause No. 1145635






MEMORANDUM OPINION

 On March 20, 2009, appellant filed a motion to dismiss the above-referenced
appeal. (1) The motion complies with the Texas Rules of Appellate Procedure. See
Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 Any pending motions are denied as moot.

 The Clerk of this Court is directed to issue the mandate within 10 days. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).
1. The motion is signed by appellant, Ruben Lopez and by his counsel, Lana Gordon.